# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131795

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LADON DARNELL MOORE,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131795
COA: 269357
Muskegon CC: 96-139261-FC

On order of the Court, the application for leave to appeal the July 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

11120